JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUGO EDGARDO TORRES AQUINO,<br>Petitioner,<br>v.<br>WARDEN OF ADELANTO ICE PROCESSING CENTER, ET AL.,<br>Respondents. | No. ED CV 26-3687-E<br><br>JUDGMENT |

Pursuant to the "Order for Entry of Judgment," it is adjudged that the Petition is denied and dismissed without prejudice.

DATED: July 15, 2026.

_______________________________
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE